# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## WESTERN DIVISION

**JOSEPH WAYNE SIMPSON, #10357**                        **PLAINTIFF**

**VERSUS**                        **CIVIL ACTION NO. 5:05cv120DCB-MTP**

**MICHAEL PETTIFORD, et al.**                        **DEFENDANTS**

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the Memorandum Opinion and Order issued this date and incorporated herein by reference,

IT IS HEREBY ORDERED AND ADJUDGED that this cause be, and is hereby, dismissed without prejudice, pursuant to Rule 41(b) of the FEDERAL RULES OF CIVIL PROCEDURE.

THIS, the 13th day of December, 2006.

                                               S/DAVID BRAMLETTE
                                               UNITED STATES DISTRICT JUDGE